UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-cv-20688 JLK

PARKING SECURITY SYSTEMS CORPORATION,
A Delaware Corporation

    Plaintiff,

vs.

MIAMI-DADE COUNTY, a chartered
political subdivision of the State of
Florida, acting on behalf of its Aviation
Department

    Defendant.
_____/

### ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF VICTOR M. FELIX, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Motion for Limited Appearance of Victor M. Felix and Consent to Designation, requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Victor M. Felix in this matter and request to electronically receive notice of electronic filings. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED and ADJUDGED that:

The Motion for Limited Appearance, Consent to Designation and Request to Electronically Receive Notices of Electronic Filings is GRANTED. Victor M. Felix is granted to appear and participate in this action on behalf of Parking Security Systems Corporation. The

Clerk shall provide electronic notification of all electronic filings to

Case No. 08-20688-CIV-KING

Victor M. Felix at vmf@procopio.com.

    DONE AND ORDERED in Chambers at ___Miami___, Florida this __24th__ day of __April, 2008__.

                                                      *James Lawrence King*
                                                      United States District Judge

Copies furnished to:
All Counsel of Record