UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 08-20688- KING/BANDSTRA

PARKING SECURITY SYSTEMS
CORPORATION,

    Plaintiff,

v.

MIAMI-DADE COUNTY,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE

This matter comes before the Court on the Defendant's Motion to Stay Pending Reexamination of Patent in Suit filed on June 24, 2008 (D.E. 18) heard at oral argument before the undersigned Judge on July 25, 2008. On July 2, 2008 the United States Patent and Trademark Office ("PTO") granted Defendant's Request for Ex Parte Reexamination filed on June 18, 2008. (D.E. 22). In granting the request and ordering reexamination, the PTO found substantial new questions of patentability concerning the validity of all claims of U.S. Patent No. 5,877,969, the patent at issue in this case. Id. At oral argument, Plaintiff failed to identify any reason why dismissal of this matter without prejudice rather than granting the requested stay would cause any prejudice to their claim.

Accordingly, upon due consideration and the Court having been duly advised in the premises, it is hereby **ORDERED AND ADJUDGED** that:

    1.    This case is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to refile this case as a new matter (with a new docket number and filing fee) upon the completion of the PTO's reexamination of the patent in dispute.

2. Defendant's Motion to Stay (D.E. 18) and any all other pending motions are **DENIED AS MOOT.**

DONE AND ORDERED in Chambers at the U.S. Courthouse and the James Lawrence King Federal Justice building, Miami-Dade County, Florida on this 28 day of July 2008.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel of Record